UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

---

Scott Armstrong,

                Plaintiff,

vs.

JPMorgan/Chase, Inc., (As assignee of Washington Mutual Inc.), a Foreign Corporation,

                Defendant.

Court File No. 5:10-CV-05010-JVL

**CERTIFICATE OF SERVICE**

---

I hereby certify that on the 12th day of February, 2010, I caused the following document:

    **Answer**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Mark A. Koehn
    mkoehn@national.edu


Dated: February 12, 2010

    /s/ Michael G. Taylor
Michael G. Taylor (SD # 3366)
LEONARD, STREET AND DEINARD
 *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN  55402
Telephone:  (612) 335-1500
Facsimile: (612) 335-1657

**Attorneys for Chase Bank USA, N.A., Improperly Named as JPMorgan/Chase, Inc., as Assignee of Washington Mutual, Inc., a Foreign Corporation**