UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT ARMSTRONG, | ) | CIV. 10-5010-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER AMENDING CASE |
| vs. | ) | CAPTION |
| | ) | |
| JPMORGAN/CHASE, INC. | ) | |
| (As assignee of Washington | ) | |
| Mutual Inc.) A Foreign | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulated motion to amend the case caption and good cause appearing, it is hereby

ORDERED that the motion (Docket 8) is granted and the caption is amended to identify the defendant as "Chase Bank USA, N.A."

Dated May 13, 2010.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE