UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT ARMSTRONG, | ) | CIV. 10-5010-JLV |
| Plaintiff, | ) ) ) | JUDGMENT OF DISMISSAL |
| vs. | ) ) | |
| CHASE BANK USA, N.A., | ) ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulated dismissal (Docket 9) and upon notice from counsel, it is hereby

ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice, with each party bearing its own costs, disbursements and attorneys' fees.

Dated May 13, 2010.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE